IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Proceeding |
| LEE ROY CATO, Jr. | ) | Case No.: 23-10202 |
| DEBORAH L. CATO | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY**

COMES NOW, James C. Overstreet, Jr., your Trustee in the above-referenced case, and shows to the Court the following:

1. That your Trustee is the duly appointed and qualified Trustee of the estate captioned above.

2. That it is necessary for your Trustee to employ the services of an attorney to represent him in his official capacity in this estate, in that the affairs of this estate have become sufficiently complex to justify the retention of an attorney to assist him in the administration of the assets in this estate, and to investigate and liquidate possible assets of the estate.

3. Specifically, but not limited to, the employment of an attorney is necessary for the Trustee to take possession and dispose of the property of the Debtor.

4. Your Trustee proposes to employ James C. Overstreet, Jr. ("Attorney"), who practices in this district, and who does not hold or represent an interest adverse to this estate. An affidavit is attached hereto as "Exhibit A." Further, Attorney devotes a substantial portion of his practice in regards to bankruptcy, including the representation of Chapter 7 Trustees.

5. It is in the best interest of this estate and its economical administration that Attorney be authorized to act as the attorney for the estate.

6. The Court has the power to authorize employment pursuant to 11 U.S.C. §327(d), which reads: "The Court may authorize the trustee to act as attorney or accountant for the estate if such authorization is in the best interest of the estate."

7. To the best of your Trustee's knowledge, other than his service as a Chapter 7 Trustee

in the instant matter, Attorney has no connection with Debtor, any creditors, or any other party at interest in this case, and is a disinterested person as the term is defined in 11 U.S.C. § 101.

8. There is cause to permit the Trustee to employ himself. Such employment is in the best interest of the estate because such employment will result in economical administration of the estate, expedited administration, and is warranted due to the Trustee's firm's existing administrative involvement.

9. It is contemplated that Attorney will seek compensation based upon normal and usual hourly billing rates for the firm as it pertains to the representation of Chapter 7 Trustees. The normal hourly rates for representation of a Chapter 7 Trustee are currently in the range of $300.00 to $325.00 for members of the firm, $200.00 to $ 250.00 for associates of the firm, and $75.00 per hour for legal assistants.

10. The Trustee cannot find any other attorney to represent him in this matter without a retainer since the work involved in this case is highly contingent. There currently is no money in the estate from which to pay a retainer to an attorney.

**WHEREFORE,** James C. Overstreet, Jr., Chapter 7 Trustee, respectfully requests that he be employed as attorney for the Trustee.

Date: 05/15/2023

/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.
Chapter 7 Trustee
State Bar No. 556005

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909
(706) 863-2255

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 Proceeding |
| LEE ROY CATO, Jr. | ) Case No.: 23-10202 |
| DEBORAH L. CATO | ) |
| Debtor(s). | ) |

**ATTORNEY'S AFFIDAVIT IN SUPPORT OF APPLICATION TO EMPLOY ATTORNEY**

I, James C. Overstreet, Jr., hereby state under oath:

1. I am an attorney duly admitted to practice in the State of Georgia, and before this United States District Court for the Southern District of Georgia and the Middle District of Georgia and the Eleventh Circuit Court of Appeals;

2. I am the attorney that the Trustee is seeking to employ specially by the Application to which this Declaration is attached as an Exhibit A.

3. I specialize in and have substantial experience in bankruptcy cases and cases arising in and out of bankruptcy matters.

4. I maintain an office at 1229 Augusta West Parkway, Augusta, Georgia 30909, and am a member of the law firm of KLOSINSKI OVERSTREET, LLP.

5. To the best of my knowledge, information and belief, neither I nor any member of my firm has had a connection with the Debtor, its creditors, or any party in interest, except that I serve as the Chapter 7 Trustee in the instant matter. The firm does not maintain a standing matter with any of the Debtor's creditors or any party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee with regards to this Debtor.

6. The undersigned represents and alleges that neither the undersigned, nor my partners or employees represent any or hold any interest adverse to the Debtor or to the estate with respect to the particular matter upon which he is to be employed.

7. Neither I, nor any of members of KLOSINSKI OVERSTREET, LLP, have a pre-petition or other claim against the estate.

8. Neither I, nor any member of KLOSINSKI OVERSTREET, LLP, have any interests adverse to the Trustee, the estate or the Debtor.

______________________________
James C. Overstreet, Jr.
State Bar No. 556005
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909
(706) 863-2255

Sworn to and subscribed before me
This 12 day of May, 2023.

______________________________
NOTARY PUBLIC
STATE OF GEORGIA
My commission expires:

VALERIE SHAW
NOTARY
EXPIRES
GEORGIA
September 12, 2026
PUBLIC
RICHMOND COUNTY

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing "TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY" upon all parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

LEE ROY CATO, Jr.
507 LEE COURT
THOMSON, GA 30824

This is to certify that the below-named parties have this day been served a copy of the above-referenced document via CM/ECF electronic mail:

Office of the United States Trustee
E-mail: Ustpregion21.sv.ecf@usdoj.gov

Zane P. Leiden
E-mail: COURTINFO@LEIDENANDLEIDEN.COM

Date: 05/15/2023

/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909
(706) 863-2255