IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

In re

LEE ROY CATO
DEBORAH L CATO

Debtors.

In Chapter 7 Proceeding
Case No. 23-10202

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/18/2023 Docket Number 6.

Dated: This 6th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

ZANE P LEIDEN
Attorney

JAMES C OVERSTREET
Chapter 7 Trustee

Dated: This 6th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257