**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 PROCEEDING |
| LEE ROY CATO, Jr. | ) | CASE NO. 23-10202 |
| DEBORAH L. CATO | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S APPLICATION TO PAY ATTORNEY'S FEES**

COMES NOW James C. Overstreet, Jr., Trustee of the above-captioned estate ("Trustee"), and prays the Court for approval to pay attorney's fees in the amount of $2,356.25 for legal services rendered as attorney for the trustee and expenses in the amount of $ 188.00. In support of this application, applicant attaches hereto and makes a part hereof an itemized statement of services rendered by applicant.

WHEREFORE, James C. Overstreet, Jr., TRUSTEE, prays that he be allowed reasonable attorney's fees of $2,356.25 and expenses in the amount of $188.00 and for such other relief as is just and proper.

Date: 5/21/2024

/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.
Georgia Bar No.: 556005

1229 Augusta West Parkway
Augusta, GA 30909
(706) 863-2255

KLOSINSKI OVERSTREET
ATTORNEYS AT LAW

1229 Augusta West Parkway | Augusta, GA 30909
[T] 706.863.2255 [F] 706.863.5885

Invoice # 5017
Date: 03/20/2024

James C. Overstreet, Jr., Trustee
1229 Augusta West Parkway
Augusta, Georgia 30909

## 23-0260

## Cato, Lee & Deborah Ch 7 Case # 23-10202 - Chapter 7 trustee

### Services

| Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/15/2023 | Draft Application to Employ, Affidavit, and Proposed Order. | JCO | 1.25 | $325.00 | $406.25 |
| 05/22/2023 | Review of Order approving employment. | JCO | 0.25 | $325.00 | $81.25 |
| 05/22/2023 | Draft Application to Employ Realtor, Affidavit, and Proposed Order. | JCO | 1.50 | $325.00 | $487.50 |
| 06/22/2023 | Draft Application to Sell. Proposed Order. | JCO | 1.50 | $325.00 | $487.50 |
| 08/17/2023 | Travel to and from and attend hearing on Motion to Sell. | JCO | 1.00 | $325.00 | $325.00 |
| 08/22/2023 | Conference with Leiden regarding application for admin expense by debtors. Review of Motion. | JCO | 1.25 | $325.00 | $406.25 |
| 10/20/2023 | Conference with Leiden regarding no opposition to motion and follow up with Leiden following hearing regarding results and Judges comments | JCO | 0.50 | $325.00 | $162.50 |
| | | | | **Services Subtotal** | **$2,356.25** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 06/22/2023 | Mtn to Sell Fee | 1.00 | $188.00 | $188.00 |
| | | | **Expenses Subtotal** | **$188.00** |

| | |
|---|---|
| **Subtotal** | **$2,544.25** |
| **Total** | **$2,544.25** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5017 | 03/20/2024 | $2,544.25 | $0.00 | $2,544.25 |
| | | | **Outstanding Balance** | **$2,544.25** |
| | | | **Total Amount Outstanding** | **$2,544.25** |

Please make all amounts payable to: Klosinski Overstreet, LLP

Payment is due upon receipt.