UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| EDWARD R. STABELL, III | CASE NO. 19-40902 |
| Debtor. | |

**TRUSTEE'S AMENDED APPLICATION FOR COMPENSATION**

TO: The Honorable Edward J. Coleman III, Bankruptcy Judge

The application of Wendy A. Owens, brought pursuant to Section 330 of the Bankruptcy Code, respectfully shows that she is the duly appointed Trustee in the above-captioned case, that the assets of the debtor have been liquidated, and that there came into her hands for disbursement the total sum of $1,759.63.

In the administration of the estate, Applicant has performed those services required of a Trustee, which services are described in the attachment hereto. They assured the complete and proper liquidation and administration of the estate and consisted of the following:

a. Examining the petition and schedules, generally.

b. Examining the Debtors at the 341 meeting.

c. General investigation of the Debtors' financial affairs.

d. Banking matters, such as setting up accounts, making deposits and disbursements, reconciling statement, investing funds, and keeping painstakingly accurate records relating to such matters.

e. Preparation and filing of various reports and accountings with the United States Trustee or the Court, and performing various administrative duties as detailed in the Handbook for Chapter 7 Trustees, promulgated by the United States Trustee and consisting of approximately 214 pages.

f. Examining proofs of claim, generally.

Applicant deems said services to be reasonably worth $429.91. The statutory allowance is the sum of $429.91, and Applicant has heretofore received on her account compensation for her services as Trustee in the amount of $0.00.

Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed. Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest in this case for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest for services rendered in connection with this case.

As said Trustee, Applicant has paid out of her own funds the following expenses properly chargeable to the estate, none of which have been repaid, and for which she prays reimbursement, to wit:

| | |
|---|---|
| Estimated final notice expense | $180.63 |
| TOTAL | $ 180.63 |

WHEREFORE, Applicant prays for such allowance for her services as set forth herein as the Court finds reasonable and just.

At Savannah, Georgia this 12th day of September, 2022.

/s/ Wendy A. Owens
Wendy A. Owens
Trustee in Bankruptcy

PO Box 8846
Savannah, GA 31412
(912) 239-9888